ALLIED BUILDING CREDITS, Inc., a
Corporation, Appellant,

v.

Frank WATSON et al., Appellees.

Court of Appeals of Kentucky.

June 24, 1955.

Eldon L. Webb, Ashland, for appellant.

H. Rupert Wilhoit, Grayson, for appel-
lee.

PER CURIAM.

Judgment on a verdict for the defendants
in an action to recover balance of $1,915.84
principal of a promissory note in which the
defense was fraud and misrepresentation.
A consideration of the record leads to the
conclusion that there was no error.

The motion for an appeal is overruled
and the judgment is affirmed.